CSD 3066 [03/26/99]
Name, Address, Telephone No. & I.D. No.

Stephen K. Haynes, Esq.    CSB 114935
P.O. Box 84526
San Diego, CA 92138-4526
(619) 523-4204  /  haynes-esq@att.net (ECF)

Attorney for Plaintiff El Patio, LLC

```
        FILED
        ENTERED
        LODGED
        RECEIVED

        JUN 27 2013

   CLERK, U.S. BANKRUPTCY COURT
   SOUTHERN DISTRICT OF CALIFORNIA
BY HS                         DEPUTY
```

```
        FILED
   13 JUN -5 PM 3:
             CLERK
        U.S. BANKRUPTCY CT.
        SO. DIST. OF CALIF.
```

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### 325 West "F" Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br><br>David Nathan Penny<br><br>Debtor. | BANKRUPTCY NO. 12-06150-MM7 |
| El Patio, LLC<br><br>Plaintiff(s) | ADVERSARY NO. 12-90268-MM |
| v.<br><br>David Nathan Penny<br><br>Defendants(s) | DATE: June 27, 2013<br>TIME: 10:00 a.m.    (Telephonic hearing) |

## BILL OF COSTS

Notice is given that the following Bill of Costs will be presented to the Clerk of the Bankruptcy Court on the date and at the time stated above in Room 234 of the Jacob Weinberger U.S. Courthouse, 325 West "F" Street, San Diego, California.

Judgment was entered in the above entitled action on __June 4, 2013__, against:

David Nathan Penny

The clerk of the bankruptcy court is requested to tax the following as costs:

| | |
|---|---|
| Fees of the clerk | $ 293.00 |
| Fees for service of summons and complaint | $ 0.00 |
| Fees of the court reporter for any and all part of the transcript necessarily obtained for use in the case | $ 0.00 |
| Fees and disbursements for printing | $ 0.00 |
| Fees for witnesses (itemized on reverse) | $ 0.00 |
| Fees for exemplifications and copies of papers necessarily obtained for use in this case | $ 0.00 |
| Docket fees under 28 U.S.C. § 1923 | $ 0.00 |
| Costs incident to taking of depositions | $ 0.00 |
| Costs as shown on Mandate of appellate court | $ 0.00 |
| Other costs [Please itemize] | $ |
| TOTAL | $ 293.00 |

## DECLARATION

I, attorney for __plaintiff El Patio, LLC__, declare under penalties of perjury that the foregoing costs are correct and were necessarily incurred in this action, that the services for which fees have been charged were actually and necessarily performed, and that a copy of this Bill of Costs was mailed this day with postage fully prepaid to (*insert Name and Address of Judgment Debtor*):

David Nathan Penny, 8551 Rumson Drive, Santee, CA 92071-2343

DATED: June 5, 2013

*[signature: Stephen K. Haynes]*
[Attorney for] Moving Party

COSTS ARE TAXED IN THE FOLLOWING AMOUNT AND INCLUDED IN THE JUDGMENT: $ 293 00/100

DATED:
CSD 3066

*[signature]*
Barry K. Lander, Clerk

CSD 3066 (Page 2) [03/26/99]

| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | TOTAL COST EACH WITNESS |
|---|---|---|---|---|---|---|---|
| | DAYS | TOTAL COSTS | DAYS | TOTAL COSTS | MILES | TOTAL COSTS | |
| | | | | | | | |
| | | | | | | TOTAL | |

WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)

### NOTICE

**Section 1924, Title 28, U.S. Code provides:**
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**Section 1920 of Title 28 reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Bankruptcy Procedure contain the following provisions:**
**FRBP 7054(b)**
"COSTS. The court may allow costs to the prevailing party except when a statute of the United States or these rules otherwise provides. Costs against the United States, its officers and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice; on motion served within five days thereafter, the action of the clerk may be reviewed by the court."

**FRBP 9006(f)**
"ADDITIONAL TIME AFTER SERVICE BY MAIL. When there is a right or requirement to do some act or undertake some proceedings within a prescribed period after service of a notice or other paper and the notice or paper other than process is served by mail, three days shall be added to the prescribed period."

**Federal Rule of Civil Procedure 58 reads in part:**
"Entry of the judgment shall not be delayed . . .in order to tax costs."

**District Court Local Rule 54.1 governs costs in this district.**

CSD 3066

## TELEPHONIC HEARING

Pursuant to District Court Local Rule 54.1(a), counsel for plaintiff El Patio, LLC has requested a telephonic hearing on June 27, 2013 at 10:00 a.m. Counsel for El Patio will initiate the conference call to David Penny at (619) 990-5478.

## ITEMIZATION OF COSTS

| Date | Description | Amount |
|---|---|---|
| July 30, 2012 | Adversary Proceeding filing fee paid to Bankruptcy Court Clerk (Adv. Dkt. #3) | $293.00 |
| | | ======= |
| | TOTAL | $293.00 |

El Patio, LLC v. Penny
Adv. No. 12-90268-MM
Bank. Case No. 12-06150-MM7

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on JUNE 5 2013, I served a true copy of the within:

BILL OF COSTS (CSD 3066)

on the following persons [set forth name and address of each person served] and/or as checked below by the respective mode of service checked below:

[ X ] Debtor/Defendant:   David Nathan Penny          [ X ] first class mail, postage prepaid
                          8551 Rumson Drive           [   ] electronic service via ECF (Gen. Order 162)
                          Santee, CA 92071-2343       [   ] personal service

[   ] For Chpt. 7, 11, & 12 cases:                    [   ] first class mail, postage prepaid
      UNITED STATES TRUSTEE                           [   ] electronic service via ECF (Gen. Order 162)
      Department of Justice
      402 West Broadway, Suite 600
      San Diego, CA 92101
      ustp.region15@usdoj.gov

I certify under penalty of perjury that the foregoing is true and correct.

Executed on (Date) JUNE 5, 2013      (Signature)
                                     (Typed Name)       Stephen K. Haynes
                                     (Address)          P.O. Box 84526
                                     (City, State, ZIP Code)  San Diego, CA 92138-4526