BANKRUPTCY APPELLATE PANEL
OF THE NINTH CIRCUIT
A True Copy
Attest:
Susan M. Spraul, Clerk
by Deputy Clerk  4/15/14

FILED

JUN 18 2014

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

# UNITED STATES BANKRUPTCY APPELLATE PANEL

## OF THE NINTH CIRCUIT

| | |
|---|---|
| In re: | BAP No. SC-13-1290-KuPaJu |
| DAVID NATHAN PENNY; | Bk. No. 12-06150 |
| Debtor. | Adv. No. 12-90268 |
| DAVID NATHAN PENNY, | |
| Appellant, | |
| v. | ORDER DISMISSING APPEAL |
| EL PATIO, LLC, | |
| Appellee. | |

Before: KURTZ, PAPPAS, and JURY, Bankruptcy Judges.

On April 8, 2014, the BAP entered an order vacating the submission of this appeal and requiring appellant to take steps to either (i) have the finality problem resolved by entry of an amended judgment or (ii) file a motion for leave to appeal with the BAP. An order extending the limited remand was issued on May 9, 2014.

No response has been received from appellant as of the date of the entry of this order. A review of the bankruptcy court's

docket does not indicate that an amended judgment has been entered as of the date of the entry of this order.

This appeal is interlocutory. See Am. States Ins. Co. v. Dastar Corp., 318 F.3d 881, 884 (9th Cir. 2003) (citing Cheng v. Comm'r, 878 F.2d 306, 310 (9th Cir. 1989)); Giesbrecht v. Fitzgerald (In re Giesbrecht), 429 B.R. 682, 687-88 (9th Cir. BAP 2010). Appeal of an interlocutory order requires leave of the Panel. See 28 U.S.C. § 158.

The Panel regards the factors enunciated in 28 U.S.C. § 1292(b) as informing its analysis of whether to grant leave to appeal an interlocutory bankruptcy court order. Thus, leave is appropriate if the proposed appeal involves (1) a controlling question of law, (2) as to which there is substantial ground for difference of opinion, and (3) interests of judicial economy would be served because an immediate appeal may materially advance ultimate termination of the litigation or avoid wasted litigation. E.g., Lompa v. Price (In re Price), 79 B.R. 888, 889 (9th Cir. BAP 1987), aff'd, 871 F.2d 97 (9th Cir. 1989). Leave to appeal is not warranted in this appeal.

Leave to appeal is hereby ORDERED DENIED.

This appeal is hereby ORDERED DISMISSED as interlocutory.

A certified copy of this order sent to the bankruptcy court shall serve as the Panel's mandate.

2